ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - X
UNITED STATES OF AMERICA  :
    - v. -  :
                                                        **UNSEALING ORDER**
EDWIN DELEON BATISTA,     :
                                                        19 Mag. 5559
       Defendant.       :
- - - - - - - - - - - - - X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Cecilia Vogel;

      It is found that the Complaint 19 Mag. 5559 and all related documents are currently sealed and subject to temporarily delayed docketing; that the United States Attorney's Office has applied to have the Complaint and related filings unsealed, and the delay in docket entries lifted as of the date of this Order; and that the United States Attorney's Office has applied to maintain under seal the Government's application dated on or about August 22, 2019 requesting to seal this case, the Government's affirmation dated December 4, 2019 requesting to unseal the case, and the Government's letter to Magistrate Judge Wang dated September 18, 2019;

      IT IS THEREFORE ORDERED that the Complaint and all related entries be unsealed as of the date of this Order, and

remain unsealed pending further order of the Court, with the exception that the Government's application dated on or about August 22, 2019 requesting to seal this case, the Government's affirmation dated December 4, 2019 requesting to unseal the case, and the Government's letter to Magistrate Judge Wang dated September 18, 2019, shall remain sealed; and

IT IS FURTHER ORDERED that the Clerk of the Court make the relevant entries on the public docket.

DATED: New York, New York
December 4, 2019

_____
HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK